IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
APR 0 6 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 22-119 R |
| -vs- ) | |
| ) | |
| WARSAME ABIRAHMAN ALI and ) | Violations: 21 U.S.C. § 846 |
| DAUD HASSAN JABRIL, ) | 21 U.S.C. § 841(a)(1) |
| ) | 18 U.S.C. § 2 |
| Defendants. ) | |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From on or about January 25, 2022, through on or about January 27, 2022, in the Western District of Oklahoma and elsewhere,

------------------------------ **WARSAME ABIRAHMAN ALI and**
**DAUD HASSAN JABRIL** ------------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Possession of Fentanyl with Intent to Distribute)

On or about January 27, 2022, in the Western District of Oklahoma,

------------------------------ **WARSAME ABIRAHMAN ALI and
DAUD HASSAN JABRIL** ------------------------------------------

knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

NICK COFFEY
Assistant United States Attorney

2